February 4, 2022

**Via ECF**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/22

Re: PRCM Advisers LLC, et. al v. Two Harbors Investment Corp,
No. 1:20-cv-05649-LAK

Dear Judge Kaplan:

On behalf of all parties in this action, we write pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to respectfully request that the Court enter a protective order in the form attached hereto as Exhibit 1.

Respectfully submitted,

/s/ Barry M. Landy
Barry M. Landy (pro hac vice)
Ciresi Conlin LLP
225 South 6th Street, Suite 4600
Minneapolis, MN 55402
Telephone: 612 361-8200
bml@ciresiconlin.com
Counsel for Plaintiffs

/s/ Daniel Roeser
Daniel Roeser
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
droeser@goodwinlaw.com
Counsel for Defendant

Granted
/s/ Lewis A. Kaplan
2/7/22

cc: All Counsel of Record (by ECF)

Pursuant to section 8.5(b) of the Electronic Case Filing Rules & Instructions for the United States District Court for the Southern District of New York, the use of conformed electronic signatures is with the consent of all signatories to this filing.