**SIDLEY**

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/22

+1 212 839 7504
CLFUKUDA@SIDLEY.COM

August 30, 2022

**By ECF**

The Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *PRCM Advisers LLC, et al. v. Two Harbors Investment Corp.*, No. 1:20-cv-05649-LAK

Dear Judge Kaplan:

We represent Plaintiffs PRCM Advisers LLC, Pine River Capital Management L.P., and Pine River Domestic Management L.P. ("Plaintiffs") in the above-referenced matter. Pursuant to the Protective Order entered by the Court in this case (ECF 105), Plaintiffs submit this letter motion solely on behalf of Defendant Two Harbors Investment Corp. to seal Exhibits 4-15 filed in connection with Plaintiffs' Motion to Compel Inspection, filed contemporaneously with this letter motion.

Respectfully submitted,

Ching-Lee Fukuda

cc: All counsel of record via ECF

SO ORDERED
/s/ 8/31/22
jtc

**LEWIS A. KAPLAN, USDJ**

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.