```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

      Plaintiffs,

-against-

TWO HARBORS INVESTMENT CORP.,

      Defendant.

20-CV-5649 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On August 3, 2022, defendant Two Harbors filed a letter-motion seeking the Court's intervention to resolve a privilege dispute with plaintiffs (collectively Pine River). (Dkt. 129.) That motion was referred to me on August 4, 2022. (Dkt. 130.) On August 22, 2022, Pine River filed a motion to compel Two Harbors to produce certain documents. (Dkt. 139.) That motion was referred to me on August 29, 2022. (Dkt. 141.)

    A conference on both motions will be held before Judge Moses on **September 6, 2022** at 10:00 a.m. in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. It is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

Dated: New York, New York
       September 1, 2022

                        **SO ORDERED.**

                        _____
                        **BARBARA MOSES**
                        **United States Magistrate Judge**