

**GOODWIN**

Daniel Roeser
+1 212 459 7276
DRoeser@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
goodwinlaw.com
+1 212 813 8800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2022

September 1, 2022   **MEMO ENDORSED**

**VIA ECF**

The Honorable Lewis A. Kaplan
U.S. District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Granted. SO ORDERED.**

/s/ Lewis A. Kaplan (mab)
Hon. Lewis A. Kaplan, U.S.D.J.
Dated: September 6, 2022

Re:   **PRCM Advisers LLC, et al. v. Two Harbors Investment Corp., Case No. 1:20-cv-05649-LAK**

Dear Judge Kaplan:

We represent Defendant Two Harbors Investment Corp. ("Two Harbors") in the above-referenced matter. Two Harbors respectfully submits this letter motion (1) to obtain the Court's approval to redact personal e-mail addresses provided in Exhibits I and K filed in connection with Two Harbors' Letter Motion for Leave to File a Motion to Compel (ECF No. 150) and (2) solely on behalf of Plaintiffs, to obtain the Court's approval to redact Exhibits L, P, Q, and R filed in connection with the same motion.

**First**, Two Harbors requests to redact the portions of Exhibits I and K that contain personal e-mail addresses of Two Harbors' directors. Exhibit I is a letter from Heather McElroy to Christine Sama dated August 10, 2022, that includes Two Harbors directors' personal e-mail addresses on page 3. Exhibit K is a letter from Christine Sama to Heather McElroy dated August 16, 2022, that includes a Two Harbors director's personal e-mail address in footnote 2 on page 4. Two Harbors respectfully requests that those personal e-mail addresses not be made publicly available. Two Harbors has filed publicly versions of Exhibits I and K with the proposed redactions and has filed under seal unredacted versions of Exhibits I and K with the proposed redactions highlighted.

**Second**, Two Harbors requests solely on behalf of Plaintiffs to redact portions of Exhibits L, P, Q, and R to Two Harbors' Letter Motion for Leave to File a Motion to Compel.

Exhibit L includes e-mails showing Thomas Siering's use of personal e-mail for work purposes, and Exhibit P includes e-mails showing Brian Taylor's use of personal e-mail for work purposes. Two Harbors seeks approval to redact the portions of Exhibits L and P that Plaintiffs have requested to seal. Two Harbors has filed publicly versions of Exhibits L and P with the proposed redactions and has filed under seal unredacted versions of Exhibits L and P with the proposed redactions highlighted.

Exhibits Q is Pine River's Business Continuity Plan, and Exhibit R is Pine River's Compliance Manual. Two Harbors seeks approval to redact the portions of Exhibits Q and R that Plaintiffs have requested to seal. Two Harbors has filed publicly versions of Exhibits Q and R with the proposed redactions and has filed under seal unredacted versions of Exhibits Q and R with the proposed redactions highlighted.