Case 1:20-cv-05649-LAK-BCM Document 164 Filed 09/06/22 Page 1 of 1



Barry M. Landy, Partner
(612) 361-8224
BML@ciresiconlin.com

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200

ciresiconlin.com
(612) 361-8200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-7-22

**VIA ECF**

September 6, 2022

The Honorable Lewis A. Kaplan
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *PRCM Advisers LLC, et al. v. Two Harbors Inv. Corp.*, No. 1:20-cv-05649-LAK

Dear Judge Kaplan:

    We represent Plaintiffs ("Pine River") in the above-referenced matter. Pine River respectfully submits this letter motion to obtain the Court's approval to redact personal e-mail addresses contained in Exhibit 5 of Pine River's Letter Motion to Compel Production of All Non-Privileged Documents Responsive to Pine River's Request for Production Nos. 88 and 90 (ECF No. 139), which was originally filed by Pine River on August 22, 2022. Exhibit 5 to the letter motion is a letter from Heather McElroy to Christine Sama dated August 10, 2022, that includes Two Harbors directors' personal e-mail addresses on page 3. (ECF 139-5.)

    On September 2, 2022, Defendant ("Two Harbors") requested that Pine River ask the Court to restrict access to Exhibit 5 and that the document be re-filed with redactions. In response to Two Harbors' request, Pine River contacted the ECF Help Desk to restrict public access to Exhibit 5 on September 2, 2022. Pine River now submits this letter on solely on Two Harbors' behalf requesting permission to file a redacted version of Exhibit 5. The proposed redacted version of Exhibit 5 is being publicly filed contemporaneously with this letter.

    Counsel for Two Harbors previously filed the August 10, 2022 letter as Exhibit I to its Motion for Leave to File a Motion to Compel (ECF 150) and filed the proposed redactions by letter on September 1, 2022 (ECF 154-1). The Court granted Two Harbors' motion to file a redacted version of Exhibit I. (ECF 162.) Exhibit 5 contains the same redactions approved by the Court with respect to Exhibit I.

Respectfully submitted,

s/Barry M. Landy
Barry M. Landy
**CIRESI CONLIN LLP**
225 S. 6th St., Ste. 4600
Minneapolis, MN 55402
Phone: (612) 361-8224
bml@ciresiconlin.com

*Counsel for Plaintiffs*

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
9/7/22

cc: All counsel of record (by ECF)