

Barry M. Landy, Partner
(612) 361-8224
BML@ciresiconlin.com

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200

ciresiconlin.com
(612) 361-8200



**VIA ECF**

September 6, 2022

The Honorable Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, NY 10007-1312

Re:   *PRCM Advisers LLC, et al. v. Two Harbors Inv. Corp.*, No. 1:20-cv-05649-LAK

Dear Judge Kaplan:

     We represent Plaintiffs PRCM Advisers LLC, Pine River Capital Management L.P., and Pine River Domestic Management L.P. ("Plaintiffs") in the above-referenced matter. Pursuant to the Protective Order entered by the Court in this case (ECF 105), Plaintiffs submit this letter motion solely on behalf of Defendant Two Harbors Investment Corp. to seal Exhibits 2, 3, and 4 filed in connection with Plaintiffs' Opposition to Defendant's Letter Motion to Compel Search of Personal Emails, filed contemporaneously with this letter motion.

     Respectfully submitted,

*s/Barry M. Landy*
Barry M. Landy
CIRESI CONLIN LLP
225 S. 6th St., Ste. 4600
Minneapolis, MN 55402
(612) 361-8200
BML@ciresiconlin.com

cc: All counsel of record (by ECF)

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
9/7/22