UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

        Plaintiff,

-against-

TWO HARBORS INVESTMENT CORP.,

        Defendant.

20-CV-5649 (LAK) (BCM)

**ORDER SCHEDULING DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' letter, dated November 21, 2022 (Dkt. 200), requesting an adjournment of the November 29, 2022 discovery conference regarding the dispute raised in defendant's November 1, 2022 letter-motion. (*See* Dkt. 199.) The Court has also received plaintiffs' two additional letter-motions, dated November 21, 2022: the first (Dkt. 201) seeking an order compelling defendant to withdraw a clawback request and to produce certain documents, and the second (Dkt. 202) requesting that certain exhibits filed in connection with its motion at Dkt. 201 be filed under seal.

    The discovery conference scheduled for November 29, 2022 is ADJOURNED to **December 14, 2022, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, at which time the Court will hear argument as to Dkts. 191 and 201. Opposition and reply letters regarding Dkt. 201 are due in accordance with Moses Ind. Prac. § 2(e).

    Defendants' letter with respect to the documents now under temporary seal is due **November 29, 2022**. *See* Moses Ind. Prac. § 3(f).

Dated: New York, New York
       November 22, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**