

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

       Plaintiffs,

 -against-

TWO HARBORS INVESTMENT CORP.,

       Defendant.

20-CV-5649 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

     For the reasons stated during today's discovery conference:

     1.     Pine River must produce the photo showing Brian Taylor in his 2015 Halloween costume. The photo may be designated "Highly Confidential – Attorneys' Eyes Only" under the parties' protective order (Dkt. 105). At deposition, Two Harbors may show the photo to the witness but may not give a copy to the court reporter, the witness (unless the witness is Mr. Taylor), or the witness's attorney, and may not attach the photo to the deposition transcript as an exhibit.

     2.     Two Harbors may take up to one hour of additional deposition testimony from Pine River's corporate designee, pursuant to Rule 30(b)(6) regarding (a) the photo described above and (b) Mr. Taylor's "romantic relationship with a subordinate." (Dkt. 208 at 3.) Two Harbors may also take up to one hour of additional deposition testimony, regarding the same topics, from one of the following witnesses (at Two Harbors's option) in his individual capacity: Mr. Taylor, Bill Roth, Thomas Siering, or Tim O'Brien.

     All relief not expressly granted herein is DENIED.

     This Order resolves the motions at Dkts. 191, 207, 208, 226, 228, 229, and 231.

Dated: New York, New York
       December 14, 2022

                       **SO ORDERED.**

                             _____
                             **BARBARA MOSES**
                             **United States Magistrate Judge**