UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

        Plaintiffs,

-against-

TWO HARBORS INVESTMENT CORP.,

        Defendant.

20-CV-5649 (LAK) (BCM)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed plaintiffs' letter-motion, dated January 20, 2023 (Dkt. 261), seeking an order compelling responses to certain interrogatories. Defendant filed its opposition on January 25, 2023 (Dkt. 263), and plaintiffs filed their reply on January 27, 2023 (Dkt. 271). A conference on the motion will be held before Judge Moses on **February 13, 2023, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. It is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

Dated: New York, New York
       January 30, 2023

                                **SO ORDERED.**

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**