UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

        Plaintiffs,

-against-

TWO HARBORS INVESTMENT CORP.,

        Defendant.

20-CV-5649 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference, plaintiff's letter-motion dated January 20, 2022 (Dkt. 261) is GRANTED IN PART, and the deadlines set forth in the Stipulation and Order Extending Schedule (Stipulation) (Dkt. 270) are hereby MODIFIED, as follows:

1.    As promptly as possible after plaintiff completes its remaining document production (due February 24, 2023), and in no event later than **March 17, 2023**, the parties shall meet and confer in good faith concerning "the question of additional deposition sessions."

2.    No later than **March 24, 2023,** the parties shall agree upon what, if any, additional deposition sessions are necessary in light of plaintiff's additional document production or, if they cannot reach agreement, shall seek any necessary relief from this Court in accordance with its Individual Practices.

3.    No later than **April 7, 2023**, any additional deposition sessions shall be completed.

4.    No later than **April 21, 2023**, defendant shall serve its further amended and supplemental responses to plaintiff's contention interrogatories, without any reservations based on the incomplete fact discovery.

5.    All remaining deadlines set forth in the Stipulation are unchanged.

6.    All relief not expressly granted herein is DENIED.

This Order resolves the motion at Dkt. 261.

Dated: New York, New York
February 13, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**