UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRCM ADVISERS LLC, et al., | |
| Plaintiffs, | 20-CV-5649 (LAK) (BCM) |
| -against- | ORDER SCHEDULING |
| TWO HARBORS INVESTMENT CORP., | DISCOVERY CONFERENCE |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2023

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict in the Court's calendar, the discovery conference originally scheduled for May 17, 2023, at 11:00 a.m. (*see* Dkt. 300) is rescheduled for **12:00 p.m.** on the same day.

Dated: New York, New York
       May 3, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**