UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

        Plaintiffs,

-against-

TWO HARBORS INVESTMENT CORP.,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2023

20-CV-5649 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed on the record during yesterday's conference, the parties shall meet and confer in a good faith effort to resolve their remaining disputes regarding defendant's requests for admission (RFAs) in accordance with the Court's rulings, during the conference, on the exemplar RFAs identified by plaintiffs. It is hereby ORDERED that, no later than **May 31, 2023**, the parties shall submit a joint letter identifying any RFAs or ranges of RFAs as to which the parties remain unable to agree and require a ruling. The parties are reminded that a well-drafted RFA "is phrased so that it can be admitted or denied without explanation." *Carver v. Bank of New York Mellon*, 2018 WL 4579831, at *2 (S.D.N.Y. Sept. 25, 2018 (quoting *United Coal Cos. v. Powell Constr. Co.*, 839 F.2d 958, 968 (3d Cir. 1988)).

    It is further ORDERED that the letter-motions at Dkts. 295 and 302, to maintain under seal Exhibits F and H to defendant's letter dated April 26, 2023 (Dkts. 296-6 and 296-8), are GRANTED for substantially the reasons set forth in plaintiffs' sealing letter-motion.

    The Clerk of Court is respectfully directed to close the motions at Dkts. 293, 295, and 302.

Dated: New York, New York
       May 18, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**