UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRCM ADVISERS LLC, et al., | |
| Plaintiffs, | 20-CV-5649 (LAK) (BCM) |
| -against- | **SEALING ORDER** |
| TWO HARBORS INVESTMENT CORP., | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

The sealing motions at Dkts. 315 and 322 are GRANTED for substantially the reasons set forth therein. The documents now under seal at Dkts. 317 and 324 will remain under seal.

The sealing motions at Dkts. 313 and 319 are DENIED. The dollar amounts of the parties' respective damage estimates, standing alone, do not qualify for sealing under the standards set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 113 (2d Cir. 2006), and its progeny. Similarly, although the expert reports referenced in Two Harbors's reply letter apparently discuss Pine River's claimed trade secrets in detail, the reply letter itself, which contains brief capsule descriptions of those expert reports, does not reveal any trade secrets or other highly sensitive information. Consequently, the documents now under seal at Dkts. 314 and 320 will be unsealed.

The Clerk of Court is respectfully directed to close the motions at Dkts. 313, 315, 319, and 322 and to unseal the documents at Dkts. 314 and 320.

Dated:  New York, New York
        June 15, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**