UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRCM ADVISERS LLC, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>TWO HARBORS INVESTMENT CORP.,<br><br>        Defendant. | 20-CV-5649 (LAK) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' letter dated May 31, 2023 (Dkt. 311), listing the RFAs propounded by Two Harbors as to which the parties continue to disagree. Pine River shall promptly respond to RFAs 360, 375, and 390. For the reasons discussed on the record during the May 16, 2023 conference, Pine River need not respond to the remaining disputed RFAs.

Dated: New York, New York
       June 20, 2023

                  **SO ORDERED.**

                  _____
                  **BARBARA MOSES**
                  **United States Magistrate Judge**