```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

        Plaintiffs,

-against-

TWO HARBORS INVESTMENT CORP.,

        Defendant.

20-CV-5649 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court will shortly issue, under temporary seal (at the "selected parties" viewing level): (i) a Report and Recommendation (R&R) regarding the parties' cross-motions for summary judgment (Dkts. 338, 347), and (ii) an Opinion and Order (O&O) resolving the parties' cross-motions to exclude various expert opinions (Dkts. 340, 353). Both the R&R and the O&O discuss, at various points, documentary evidence and testimony that was filed under seal in support or in opposition to the motions. Within two weeks of the issuance of the R&R and the O&O, the parties must meet and confer in good faith and then submit (by email) their proposal(s) as to what (if any) redactions should be made to the text of the R&R and the O&O before they are publicly filed on the docket. In approaching this issue, the parties must be mindful that redactions should be minimized, wherever possible, in light of the strong presumption of public access to judicial documents. *See Brown v. Maxwell*, 929 F.3d 41, 47-48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Dated: New York, New York
       March 31, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**