USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/17/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRCM ADVISERS LLC, et al.,

        Plaintiffs,

-against-

TWO HARBORS INVESTMENT CORP.,

        Defendant.

20-CV-5649 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed the parties' proposals as to what redactions should be made to the text of the Report and Recommendation (R&R) regarding the parties' cross-motions for summary judgment (Dkt. 439), and the Opinion and Order (O&O) resolving the parties' cross-motions to exclude various expert opinions (Dkt. 440), both of which are currently filed under seal. The Court has accepted a majority of the requested redactions to the R&R and will shortly file a redacted version on the public docket.

      As to the O&O, the Court is not persuaded that either of the two portions proposed to be redacted meet the standard under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). The first portion describes one of the software programs at issue, but does so at a very high level, with no technical detail. The second discusses – again, at a very high level – one expert's view that it would not be difficult for defendant to replace or reproduce the intellectual property at issue. Consequently, the Court will file an unredacted version of the O&O on the public docket on **May 1, 2025**, unless, prior to that date, one or both parties submits a letter-brief persuading the Court otherwise.

Dated: New York, New York
       April 17, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**