

**Richard M. Strassberg**
+1 212 813 8859
RStrassberg@goodwinlaw.com

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

goodwinlaw.com
+1 212 813 8800

July 3, 2025

**MEMO ENDORSED**

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 21B
New York, NY 10007

Re:   **PRCM Advisers LLC et al. v. Two Harbors Investment Corp.,**
      **No. 20-CV-5649 (LAK) (BCM)**

Dear Judge Kaplan:

I represent Defendant Two Harbors Investment Corp. ("Two Harbors") in the above-referenced matter. I write respectfully to request to reschedule the pre-trial conference currently scheduled for July 31, 2025 to any time the week of July 21, 2025 that is available for the Court. This is Two Harbors' first such request. We have conferred with Plaintiffs' counsel, and Plaintiffs do not oppose Two Harbors' request.

The requested adjustment is necessary because I am committed to travel to Japan as part of a long-standing family trip during the last days of July and early August.

Accordingly, Two Harbors respectfully requests to adjourn the July 31, 2025 pre-trial conference to any date the week prior, starting July 21, 2025, that is convenient for the Court.

Respectfully submitted,

/s/ Richard M. Strassberg

Richard M. Strassberg

Cc: All counsel of record (via ECF)

*The conference is cancelled without date in light of PTO and ongoing negotiation.*

SO ORDERED

LEWIS A. KAPLAN, USDJ

7/8/25