

Barry M. Landy, Partner
(612) 361-8224
BML@ciresiconlin.com

225 South 6th St.
Suite 4000
Minneapolis, MN 55402
612-361-8200

**VIA ECF**

July 21, 2025

The Hon. Lewis A. Kaplan
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/23/25
```

Re:   *PRCM Advisers LLC, et al. v. Two Harbors Inv. Corp.*, No. 1:20-cv-05649-LAK-BCM

Dear Judge Kaplan:

     Pursuant to the Court's Individual Rules of Practice, Plaintiffs ("Pine River") submit this letter motion requesting permission to seal portions of Pine River's opposition to Two Harbors' motions in limine, filed contemporaneously with this motion, that reference sealed content.

     Pine River requests that the Court seal the excerpts as they quote directly from materials that have been filed and maintained under seal previously, namely 360-20, ECF 366-98, and ECF 497-1.

                              Respectfully submitted,

                              *s/Barry M. Landy*
                              Barry M. Landy
                              CIRESI CONLIN LLP
                              225 S. 6th St., Ste. 4000
                              Minneapolis, MN 55402
                              (612) 361-8200
                              BML@ciresiconlin.com

cc: All counsel of record (by ECF)

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ     07/23/25